## JONES *et al. vs.* COSBY.

Where it was sought to enjoin a receiver from making a sale which had been directed by the court appointing him, the object being to fix a supplemental homestead and exemption upon the property

about to be sold, no permission having been asked of the court to institute the proceedings, the injunction was properly refused. Code, §276; 57 *Ga.*, 22 and citations; 60 *Ga.*, 680.

March 20, 1883.

HALL, Justice.